Clerk of the Court

October 16, 2017

Miss D. Allemandi
(Hermione Kelly Ivy Winter)
00662660
JTVCC
1181 Paddock Road
Smyrna, DE 19977

RE: Cases-(17-01322-LPS, 17-1280-LPS, 16-890-LPS) & future

I have e-filed letters that have gone unanswered.

Paperwork (ie orders, etc.) furnished out your court continue to refer to me as a "he" (male/man); I am NOT a man; I AM a "she" (female/woman). Can you please address this?

My orginal intended birth name will be legal soon; what do I do when it legally becomes Hermione Kelly Ivy Winter?

Respectfully,

Hermione Kelly Ivy Winter

I/M David Allen Allema
SBI# 00662660 UNIT E-Bldg
JAMES T. VAUGHN CORRECTIONAL CENTE
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL®
7014 3490 0001 6606 0995
U.S. District Court
844 King Street
Lock Box 18
Wilmington, DE
19801
US POSTAGE PITNEY BOWES
$ 000.46⁰
$ 006.10⁰
FILED
OCT 19 2017
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
1980183519 C012

