In The United States District Court of Delaware

David A. Allemandi
v.
Monica Mills and
Dedra Parker

Motion To Compel
To Reopen Case

Civ. No. 16-890-LPS

Recieved enclosed order December 09, 2017 on the basis of an order issued August 7, 2017. No such order was ever delivered by the prison requesting a timely amended complaint. Proof of otherwise cannot be provided. On that basis and the fact I have been paid partially for this suit, this issue is still relavant and DOC continues to torture me in various manners, I RESPECTFULLY REQUEST the courts to reopen this case and reissue any and order providing me ample time to amend.

Please also provide a docket sheet.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID A. ALLEMANDI, a/k/a June Woods, a/k/a Abdullah Abdullah Al-Faruq Abdullah, | : : : : |
| Plaintiff, | : : |
| v. | : Civ. No. 16-890-LPS |
| MONICA MILLS, M.D. and DEDRA PARKER, M.D., | : : : |
| Defendants. | : : |

## ORDER

At Wilmington this 6th day of December, 2017,

IT IS HEREBY ORDERED that the Clerk of Court is directed to CLOSE the case, for the following reasons:

On August 7, 2017, an Order (D.I. 14) was entered that dismissed the Complaint and gave Plaintiff until on or before August 31, 2017 to file an amended complaint. Plaintiff was warned that the Clerk of Court would close the case should he fail to timely file an amended complaint. The time has passed and Plaintiff has failed to file an amended complaint.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE