OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

John A. Cerino
CLERK OF COURT

844 North King Street, Unit 18
Wilmington, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

December 12, 2017

TO:

**David A. Allemandi**
SBI# 00662660
James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RE: **REQUEST FOR COPY WORK**

**C.A. No.: 16-890 LPS**

Dear David Allemandi:

This is in response to your letter received on 12/12/2017 requesting copy work.

Please be advised that the fee for copy work is fifty cents ($.50) per page. Should you require copy work in the future, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, United States District Court.

Enclosed is a courtesy copy of your docket sheet in your civil case. Please indicate which items you are interested in having copied and the Clerk's Office will provide you with a quote for the copying fee. Please note that pre-payment will be required.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

John A. Cerino

CLERK OF COURT

/ceg

cc: The Honorable Leonard P. Stark
enc. Docket Sheet