IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HERMIONE KELLY IVY WINTER, :
formerly known as David Allen Allemandi, :
:
Plaintiff, :
:
v. : Civ. No. 16-890-LPS
:
MONICA MILLS, et al., :
:
Defendants. :

## ORDER

Plaintiff Hermione Kelly Ivy Winter, a prisoner incarcerated at the James T. Vaughn Correctional Center in Smyrna, Delaware, filed a Complaint (D.I. 1) on October 3, 2016, pursuant to 42 U.S.C. § 1983. The case was closed on December 6, 2017 and reopened on February 1, 2018. An amended complaint was filed on March 1, 2018. (D.I. 27)

Plaintiff identifies as a women. On March 1, 2018, she filed a motion for injunctive relief to receive medical care in form of "feminizing hormone replacement treatment" and an adequate nutritional religious vegan diet. (D.I. 28) Plaintiff has several cases pending before the Court and her filings indicate that she has attempted suicide. She threatens a future suicide attempt to end her pain. To date, service has not been effected upon Defendants.

THEREFORE, at Wilmington this 5th day of March, 2018, IT IS ORDERED that:

1. Warden Dana Metzger of the James T. Vaughn Correctional Center shall file a response to Plaintiff's motion on or before March 15, 2018.

2. The Clerk of Court shall notify the Delaware Department of Correction and the Delaware Department of Justice of this order via electronic notification. As an attachment to this order, the Clerk of Court shall serve an electronic copy of the motion (D.I. 28) upon the DOC and the DDOJ.

_____
UNITED STATES DISTRICT JUDGE