# JAMES T VAUGHN CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: _Winter, Hermione_     SBI #: _00662660_

FROM: JTVCC Support Services/Business Office- Inmate Accounts

RE: **6 month / Average Daily Balance Statement**

DATE: _February 6, 2018_

Attached are copies of your inmate account statements for the months of

_August 2017_ to _February 2018_.

**Average daily balance/ 6 months:** $ _0.77_

### Department of Correction Certified Statement

I hereby certify that the appellant named herein has the sum of $ _0_ on account to the appellant's credit at the institution where the appellant is confined. I further certify that the appellant has the following securities to the appellant's credit according to the institution's records: ___N/A___.

_Jennie Kinsey_ 2/6/18        _[signature]_ 2/6/18
Designee/Date                  Notary/Date

Attachments
Cc: File

[Notary seal: CAROL M. POWELL, NOTARY PUBLIC, STATE OF DELAWARE]

# Delaware Department of Correction
## Inmate Account Statement

**Location:** JTVCC
**Period From:** 08/06/2017 **To** 02/06/2018

**Account #:** 00662660   **Name:** WINTER HERMIONE K I   **Current Housing:** Bldg 21 Tier B

As of 08/06/2017 Opening Balance: **$0.00**   As of 08/06/2017 Opening Available Balance*: **$0.00**

| Transaction# | Transaction Date | Transaction Description | Check# / Money Order# | Debit | Credit | Hold Amount | Available Balance | Memo, From/To |
|---|---|---|---|---|---|---|---|---|
| 1345447 | 08/09/2017 | ID/Wristbands | | $0.00 | | $1.26 | $0.00 | State of Delaware |
| 1345784 | 08/09/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 8/1/17,JTVCC Commissary |
| 1345790 | 08/09/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 8/1/17,JTVCC Commissary |
| 1345791 | 08/09/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 8/1/17,JTVCC Commissary |
| 1346154 | 08/10/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 8/3/17,JTVCC Commissary |
| 1346232 | 08/10/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 8/5/17,JTVCC Commissary |
| 1346286 | 08/10/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 8/6/17,JTVCC Commissary |
| 1349409 | 08/14/2017 | Indigent Charges | | $0.00 | | $4.39 | $0.00 | JTVCC Commissary |
| 1353124 | 08/16/2017 | Medical Co-Pay Charges | | $0.00 | | $2.00 | $0.00 | 8/11/17,State of Delaware |
| 1353744 | 08/16/2017 | Postage | | $0.00 | | $2.63 | $0.00 | JTVCC Commissary |
| 1353844 | 08/16/2017 | Postage | | $0.00 | | $1.09 | $0.00 | 8/8/17,JTVCC Commissary |
| 1353845 | 08/16/2017 | Postage | | $0.00 | | $2.03 | $0.00 | 8/8/17,JTVCC Commissary |
| 1353846 | 08/16/2017 | Postage | | $0.00 | | $0.67 | $0.00 | 8/8/17,JTVCC Commissary |
| 1354027 | 08/16/2017 | Postage | | $0.00 | | $2.63 | $0.00 | 8/9/17,JTVCC Commissary |
| 1354028 | 08/16/2017 | Postage | | $0.00 | | $2.63 | $0.00 | 8/9/17,JTVCC Commissary |
| 1354119 | 08/16/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 8/10/17,JTVCC Commissary |
| 1361003 | 08/23/2017 | Postage | | $0.00 | | $3.12 | $0.00 | 7/7/17,JTVCC Commissary |
| 1367797 | 08/29/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 8/26/17,JTVCC Commissary |
| 1368819 | 08/30/2017 | Copies | | $0.00 | | $6.75 | $0.00 | State of Delaware |
| 1369841 | 08/31/2017 | Medical Co-Pay Charges | | $0.00 | | $6.00 | $0.00 | 8/24/17,State of Delaware |
| 1376317 | 09/06/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 8/30/17,JTVCC Commissary |
| 1384950 | 09/12/2017 | Indigent Charges | | $0.00 | | $3.75 | $0.00 | JTVCC Commissary |
| 1385992 | 09/13/2017 | Postage | | $0.00 | | $1.40 | $0.00 | 9/7/17,JTVCC Commissary |
| 1385998 | 09/13/2017 | Postage | | $0.00 | | $1.61 | $0.00 | 9/7/17,JTVCC Commissary |
| 1393686 | 09/20/2017 | Postage | | $0.00 | | $1.40 | $0.00 | 9/10/17,JTVCC Commissary |
| 1393857 | 09/20/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 9/13/17,JTVCC Commissary |
| 1393900 | 09/20/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 9/14/17,JTVCC Commissary |
| 1393901 | 09/20/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 9/14/17,JTVCC Commissary |
| 1393902 | 09/20/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 9/14/17,JTVCC Commissary |
| 1393903 | 09/20/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 9/14/17,JTVCC Commissary |
| 1394017 | 09/20/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 9/15/17,JTVCC Commissary |
| 1394019 | 09/20/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 9/15/17,JTVCC Commissary |

* Available balance may not match with Current balance if there are outstanding transactions that have not been posted.

Run Date: 02/06/2018 09:30 AM

# Delaware Department of Correction
## Inmate Account Statement

**Location:** JTVCC
**Period From:** 08/06/2017 **To** 02/06/2018

Account # : 00662660

| Transaction# | Transaction Date | Transaction Description | Check# / Money Order# | Debit | Credit | Hold Amount | Available Balance | Memo, From/To |
|---|---|---|---|---|---|---|---|---|
| 1394154 | 09/20/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 9/16/17,JTVCC Commissary |
| 1396783 | 09/22/2017 | Mail Check | | | $4.00 | $0.00 | $4.00 | PHOTO REIMBURSEMENT |
| 1397383 | 09/23/2017 | Indigent Hold Payment | 140711 | $4.00 | | $0.00 | $0.00 | Indigent Charges,JTVCC Commissary |
| 1401425 | 09/27/2017 | Postage | | $0.00 | | $0.98 | $0.00 | 9/18/17,JTVCC Commissary |
| 1401426 | 09/27/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 9/18/17,JTVCC Commissary |
| 1401427 | 09/27/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 9/18/17,JTVCC Commissary |
| 1401428 | 09/27/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 9/18/17,JTVCC Commissary |
| 1401429 | 09/27/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 9/18/17,JTVCC Commissary |
| 1401430 | 09/27/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 9/18/17,JTVCC Commissary |
| 1401431 | 09/27/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 9/18/17,JTVCC Commissary |
| 1401432 | 09/27/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 9/18/17,JTVCC Commissary |
| 1401433 | 09/27/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 9/18/17,JTVCC Commissary |
| 1401434 | 09/27/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 9/18/17,JTVCC Commissary |
| 1401754 | 09/27/2017 | Postage | | $0.00 | | $4.75 | $0.00 | 9/19/17,JTVCC Commissary |
| 1402046 | 09/27/2017 | Postage | | $0.00 | | $0.67 | $0.00 | 9/22/17,JTVCC Commissary |
| 1402151 | 09/27/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 9/25/17,JTVCC Commissary |
| 1409938 | 10/04/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 9/29/17,JTVCC Commissary |
| 1411066 | 10/05/2017 | Medical Co-Pay Charges | | $0.00 | | $2.00 | $0.00 | 10/2/17,State of Delaware |
| 1417324 | 10/10/2017 | Indigent Charges | | $0.00 | | $4.39 | $0.00 | JTVCC Commissary |
| 1418342 | 10/11/2017 | Postage | | $0.00 | | $3.00 | $0.00 | 10/4/17,JTVCC Commissary |
| 1418489 | 10/11/2017 | Postage | | $0.00 | | $7.20 | $0.00 | 10/6/17,JTVCC Commissary |
| 1421241 | 10/13/2017 | Web Payment Credit Card(GTL) | 5152 | | $20.00 | $0.00 | $20.00 | parillo evelyn |
| 1421670 | 10/14/2017 | Indigent Hold Payment | 141418 | $8.53 | | $0.00 | $11.47 | Indigent Charges,JTVCC Commissary |
| 1421671 | 10/14/2017 | Other Hold Payment | 141249 | $11.47 | | $0.00 | $0.00 | Postage,JTVCC Commissary |
| 1426182 | 10/18/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 10/13/17,JTVCC Commissary |
| 1426322 | 10/18/2017 | Postage | | $0.00 | | $6.56 | $0.00 | 10/16/17,JTVCC Commissary |
| 1433391 | 10/25/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 10/17/17,JTVCC Commissary |
| 1433658 | 10/25/2017 | Postage | | $0.00 | | $2.45 | $0.00 | 10/18/17,JTVCC Commissary |
| 1433666 | 10/25/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 10/18/17,JTVCC Commissary |
| 1433667 | 10/25/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 10/18/17,JTVCC Commissary |
| 1433672 | 10/25/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 10/18/17,JTVCC Commissary |
| 1433673 | 10/25/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 10/18/17,JTVCC |

* Available balance may not match with Current balance if there are outstanding transactions that have not been posted.

# Delaware Department of Correction
## Inmate Account Statement

Run Date: 02/06/2018 09:30 AM

**Location:** JTVCC
**Period From:** 08/06/2017 **To** 02/06/2018

Account # : 00662660

| Transaction# | Transaction Date | Transaction Description | Check# / Money Order# | Debit | Credit | Hold Amount | Available Balance | Memo, From/To |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Commissary |
| 1433674 | 10/25/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 10/18/17,JTVCC Commissary |
| 1433675 | 10/25/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 10/18/17,JTVCC Commissary |
| 1433676 | 10/25/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 10/18/17,JTVCC Commissary |
| 1433677 | 10/25/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 10/18/17,JTVCC Commissary |
| 1433678 | 10/25/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 10/18/17,JTVCC Commissary |
| 1433700 | 10/25/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 10/18/17,JTVCC Commissary |
| 1433703 | 10/25/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 10/18/17,JTVCC Commissary |
| 1433706 | 10/25/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 10/18/17,JTVCC Commissary |
| 1433707 | 10/25/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 10/18/17,JTVCC Commissary |
| 1433709 | 10/25/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 10/18/17,JTVCC Commissary |
| 1433712 | 10/25/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 10/18/17,JTVCC Commissary |
| 1433713 | 10/25/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 10/18/17,JTVCC Commissary |
| 1433715 | 10/25/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 10/18/17,JTVCC Commissary |
| 1433766 | 10/25/2017 | Postage | | $0.00 | | $5.38 | $0.00 | 10/19/17,JTVCC Commissary |
| 1433830 | 10/25/2017 | Postage | | $0.00 | | $0.67 | $0.00 | 10/20/17,JTVCC Commissary |
| 1434238 | 10/26/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 10/21/17,JTVCC Commissary |
| 1434246 | 10/26/2017 | Postage | | $0.00 | | $2.87 | $0.00 | 10/21/17,JTVCC Commissary |
| 1450200 | 11/09/2017 | Indigent Charges | | $0.00 | | $4.39 | $0.00 | JTVCC Commissary |
| 1451056 | 11/10/2017 | Web Payment Credit Card(GTL) | 4306 | | $18.90 | $0.00 | $18.90 | Varga Alexander |
| 1452040 | 11/11/2017 | Indigent Hold Payment | 141947 | $4.39 | | $0.00 | $14.51 | Indigent Charges,JTVCC Commissary |
| 1452041 | 11/11/2017 | Other Hold Payment | 141948 | $14.51 | | $0.00 | $0.00 | Postage,JTVCC Commissary |
| 1456605 | 11/15/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 11/4/17,JTVCC Commissary |
| 1456609 | 11/15/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 11/4/17,JTVCC Commissary |
| 1456619 | 11/15/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 11/5/17,JTVCC Commissary |
| 1456621 | 11/15/2017 | Postage | | $0.00 | | $2.03 | $0.00 | 11/5/17,JTVCC Commissary |
| 1456623 | 11/15/2017 | Postage | | $0.00 | | $1.09 | $0.00 | 11/5/17,JTVCC Commissary |
| 1456626 | 11/15/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 11/5/17,JTVCC Commissary |
| 1456694 | 11/15/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 11/6/17,JTVCC Commissary |
| 1457468 | 11/15/2017 | Postage | | $0.00 | | $3.81 | $0.00 | 11/13/17,JTVCC Commissary |
| 1457591 | 11/15/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 11/14/17,JTVCC Commissary |
| 1463826 | 11/21/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 11/15/17,JTVCC Commissary |
| 1463915 | 11/21/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 11/18/17,JTVCC |

* Available balance may not match with Current balance if there are outstanding transactions that have not been posted.

Run Date: 02/06/2018 09:30 AM

# Delaware Department of Correction
## Inmate Account Statement

**Location:** JTVCC
**Period From:** 08/06/2017 **To** 02/06/2018

Account # : 00662660

| Transaction# | Transaction Date | Transaction Description | Check# / Money Order# | Debit | Credit | Hold Amount | Available Balance | Memo, From/To |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Commissary |
| 1470285 | 11/28/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 11/20/17,JTVCC Commissary |
| 1470477 | 11/28/2017 | Postage | | $0.00 | | $6.77 | $0.00 | 11/24/17,JTVCC Commissary |
| 1470549 | 11/28/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 11/26/17,JTVCC Commissary |
| 1470561 | 11/28/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 11/26/17,JTVCC Commissary |
| 1470562 | 11/28/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 11/26/17,JTVCC Commissary |
| 1471763 | 11/29/2017 | Copies | | $0.00 | | $0.25 | $0.00 | 11/15/17,State of Delaware |
| 1472308 | 11/29/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 11/27/17,JTVCC Commissary |
| 1480223 | 12/06/2017 | Postage | | $0.00 | | $0.67 | $0.00 | 11/27/2017,JTVCC Commissary |
| 1480259 | 12/06/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 11/27/2017,JTVCC Commissary |
| 1480350 | 12/06/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 11/28/2017,JTVCC Commissary |
| 1480413 | 12/06/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 11/29/2017,JTVCC Commissary |
| 1480564 | 12/06/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 12/01/2017,JTVCC Commissary |
| 1480618 | 12/06/2017 | Postage | | $0.00 | | $9.60 | $0.00 | 12/02/2017,JTVCC Commissary |
| 1488877 | 12/13/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 12/04/2017,JTVCC Commissary |
| 1489026 | 12/13/2017 | Copies | | $0.00 | | $2.50 | $0.00 | State of Delaware |
| 1489105 | 12/13/2017 | Postage | | $0.00 | | $2.03 | $0.00 | 12/05/2017,JTVCC Commissary |
| 1489201 | 12/13/2017 | Indigent Charges | | $0.00 | | $3.99 | $0.00 | JTVCC Commissary |
| 1489409 | 12/13/2017 | Postage | | $0.00 | | $0.67 | $0.00 | 12/08/2017,JTVCC Commissary |
| 1489417 | 12/13/2017 | Postage | | $0.00 | | $4.96 | $0.00 | 12/08/2017,JTVCC Commissary |
| 1489503 | 12/13/2017 | Postage | | $0.00 | | $1.09 | $0.00 | 12/10/2017,JTVCC Commissary |
| 1489513 | 12/13/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 12/10/2017,JTVCC Commissary |
| 1495795 | 12/20/2017 | Web Payment Credit Card(GTL) | 5152 | | $25.00 | $0.00 | $25.00 | parillo evelyn |
| 1496554 | 12/20/2017 | Postage | 142896 | $5.95 | | $0.00 | $19.05 | 10/30/17 PROPERTY,JTVCC Commissary |
| 1497497 | 12/21/2017 | Indigent Hold Payment | 142898 | $3.99 | | $0.00 | $15.06 | Indigent Charges,JTVCC Commissary |
| 1497498 | 12/21/2017 | Other Hold Payment | 142899 | $15.06 | | $0.00 | $0.00 | Postage,JTVCC Commissary |
| 1502826 | 12/27/2017 | Postage | | $0.00 | | $2.03 | $0.00 | 12/20/17,JTVCC Commissary |
| 1502833 | 12/27/2017 | Postage | | $0.00 | | $0.46 | $0.00 | 12/20/17,JTVCC Commissary |
| 1513903 | 01/08/2018 | Web Payment Credit Card(GTL) | 3499 | | $80.00 | $0.00 | $80.00 | brinkman kriemhild |
| 1516016 | 01/09/2018 | Other Hold Payment | 143413 | $80.00 | | $0.00 | $0.00 | Postage,JTVCC Commissary |
| 1519367 | 01/10/2018 | Copies | | $0.00 | | $0.25 | $0.00 | STATEMENTS,State of Delaware |

Page: 4 Of 5

* Available balance may not match with Current balance if there are outstanding transactions that have not been posted.

Run Date: 02/06/2018 09:30 AM

# Delaware Department of Correction
## Inmate Account Statement

**Location:** JTVCC
**Period From:** 08/06/2017 **To** 02/06/2018

Account # : 00662660

| Transaction# | Transaction Date | Transaction Description | Check# / Money Order# | Debit | Credit | Hold Amount | Available Balance | Memo, From/To |
|---|---|---|---|---|---|---|---|---|
| | | | Total: | $147.90 | $147.90 | | | |

As of 02/06/2018 Current Balance: $0.00      Available Balance*: $0.00

| Total Amount on Hold As of 02/06/2018: | Facility | Medical Copay | Legal | Restitution | Indigent | Room and Board | Others | Court Fees |
|---|---|---|---|---|---|---|---|---|
| | JTVCC | $10.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13.74 | $240.25 |
| | SCI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Available balance may not match with Current balance if there are outstanding transactions that have not been posted.