OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

John A. Cerino
CLERK OF COURT

844 North King Street, Unit 18
Wilmington, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

March 6, 2018

**Hermione Kelly Ivy Winter**
SBI # 00662660
James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RE: Request for Clarification regarding United States Marshal 285 Forms
C. A. No.: 16-890-LPS, 17-1280-LPS, 17-1322-LPS, 17-1432-LPS, and 18-351-UNA

Dear Ms. Winter:

This is in response to your letter received on March 6, 2018 requesting clarification regarding United States Marshals service of process forms (Form USM-285) for medical defendants in the above noted civil actions. A service order directing you to submit U.S. Marshal 285 forms only for defendants nurse Laura L. Brackett and Dr. Potter was filed in 17-1322-LPS. You provided the USM-285 forms as directed and on 2/28/2018, the forms for Laura L. Brakett and Dr. Potter were submitted to the U.S. Marshals Service per the Court's order (D.I. 14).

It does not appear that service orders requiring Form USM-285 for medical defendants have been issued in your other civil actions. The institutions generally provide the service forms to an inmate once a service order issues from the Court. If a service order is entered in any of your other cases, a copy of the service order should be taken to the law library in order to obtain the forms for the defendants listed in your service order.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

John A. Cerino
CLERK OF COURT

/fms
cc: The Honorable Leonard P. Stark