May 26, 2018

Hermione Winter
662660
JTVCC
1181 Paddock Rd
Smyrna, DE 19977

FILED
MAY 30 2018
US DISTRICT COURT
DISTRICT OF DELAWARE

Honorable Stark,

    I'm mailing you my amended complaint, because this is the 10th time law library is dictating what I can or cannot e-file in reguards to evidence. I've been barred prior to even filing medical evidence for lead case No. 17-1322.

    See Law Libraries letter attached to this as evidence.

    The law bibrary won't allow copies either. Can you please provide copies or return my orginals given the unique circumstance?

*[signature]*

| | |
|---|---|
| To: | Hermione Winter<br>MHU 21<br>C-L-2 |
| From: | Staff Paralegal Williams<br>MHU Law Library |
| Date: | May 25th, 2018 |
| Ref: | Legal Request |

The MHU Law Library has not E-filed your Amended Complaint for Civ# 16-890-LPS to District Court due to an issue that needs to be addressed. The Law Libraries do not make copies of or E-file statutes, case law, agency policies, or any other watermarked Law Library materials that are sent to you *on loan* from the Law Libraries. These materials can be cited or referenced within litigation and, as stated, are on loan and must be returned. You have requested that we E-file an amended complaint that contains an entire MHU Law Library watermarked copy of BOP 4.4, labeled as Exhibit E. Because this document cannot be E-filed I have returned your complaint to you to make the necessary changes before re-submitting it for E-filing to the District Court. I have left BOP 4.4 so you can cite/reference specific sections from it; if sent back as part of your filing, this copy of BOP 4.4 will be taken and logged in your records as a return. This should go without saying, but eventually you will be responsible for returning said policy.

