July 25, 2018

Hermione K.I. Winter
00662660    21    D    U-3
1181 Paddock Road   Smyrna, DE 19977
RE: 16-890 (LPS)

    Please accept this letter of admission for a motion. For the above consolidated case can you please withdraw Carla Miller-Cooper as a defendant. After some recent transparency by DOC due to 17-1322 (LPS), I have discovered I have no grounds, in official capcity or otherwise to have her as one of the defendants.

    Respectfully,

    *[signature]*

    Also, if the prison starts meeting my religious needs suddenely, does my case get dismissed or can I withdraw a be waived the filing fee? For this case. And am I paying two filing fee's w/ cases consolidated?