OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

John A. Cerino
CLERK OF COURT

844 North King Street, Unit 18
Wilmington, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

July 26, 2018

Hermione Kelly Ivy Winter
SBI# 00662660
James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    **RE:  LEGAL ADVICE**
          **C.A. No: 16-890 LPS**

Dear Hermione Kelly Ivy Winter,

This is in response to your letter/motion received on 7/26/18 requesting legal advice.

Please be advised that the Clerk's Office is unable to render legal advice and, therefore, cannot assist you.

          Sincerely,

          John A. Cerino
          CLERK OF COURT

/ceg
cc: The Honorable Leonard P. Stark